IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PETER BULLOCK, J. MICHAEL CANTRELL, NATHANIEL CARPENTER, MICHAEL CULVER, STEPHEN DAVIS, RICHARD HAMMOND, WILLIAM HINES, JACKIE HENDON, TODD KREUNEN, DANIEL LIGHTFOOT, DONNIE LITTLE, RONALD MATKIN, ROBERT H. MURPHY, JAMES D. PORTWOOD, JOHN SANDMANN, JAMES SHEPPARD, RAY WALLACE, <br><br>Plaintiffs, <br><br>v. <br><br>WILLARD B. MCBURNEY, JOHN C. MCBURNEY, FRANKLIN B. MCBURNEY, THE MCBURNEY CORPORATION, and ASSET RECOVERY ASSOCIATES, LLC <br><br>Defendants. | FILED IN CLERK'S OFFICE U.S.D.C. - Gainesville <br><br>JUL 13 2017 <br><br>JAMES N. HATTEN, Clerk <br>By: _____ Deputy Clerk <br><br>Civil Action No. <br>1:16-CV-04633-RWS |

### [~~PROPOSED~~] ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, based on the contents therein and the representations of the parties, the Court finds that the compromise reached is a fair and reasonable resolution of the dispute. Therefore, it is **ORDERED AND**

**ADJUDGED** that the Parties' Joint Motion to Approve Settlement Agreement and Dismiss Claims is **GRANTED**, that the Court **APPROVES** the Settlement Agreement and Release between the parties, and **ORDERS** that the Plaintiffs' Complaint and this civil action in its entirety is hereby **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and Release reached by the Parties in connection with this action.

**SO ORDERED**, this, the 13th day of July, 2017.

_____
Honorable Richard W. Story
United States District Court